IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

    v.                                  Case No.:    18 cr 123

ELMER ZELAYA MARTINEZ.

### UNOPPOSED MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b)(4), Defendant ELMER ZELAYA MARTINEZ through counsel, respectfully requests that the Court extend the time for filing his notice of appeal by 5 days, until January 10, 2023, and docket as his Notice of Appeal filed the same date. The grounds for this Motion are stated in the accompanying Memorandum in Support.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.:  39161
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant ELMER ZELAYA MARTINEZ

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served upon all counsel of record via ECF on January 10, 2023.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.:  39161

Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant ELMER ZELAYA MARTINEZ