AO 245B (Rev. 09/19) (VAE 11/21) Judgment in a Criminal Case | Page 1 of 7

| Case Number: | 1:18CR00123-002 |
|---|---|
| Defendant's Name: | ZELAYA MARTINEZ, ELMER |

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| | ) | |
| v. | ) | Case Number: 1:18CR00123-002 |
| | ) | |
| ELMER ZELAYA MARTINEZ | ) | USM Number: 92331-083 |
| | ) | |
| a/k/a "Killer," "Morenito Martinez," "Daniel Perez," and "Chucho" | ) | Manuel Leiva, Esquire |
| | ) | Robert Jenkins, Esquire |
| | | Defendant's Attorneys |

The defendant was found guilty on Counts 1, 2, 3, 4, 5, 6, 7, and 8 of the Second Superseding Indictment after a plea of not guilty. The defendant is adjudged guilty of these offenses:

| Title and Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1959(a)(5) | Conspiracy to Commit Kidnapping and Murder of E.E.E.M, in Aid of Racketeering Activity | 08/2016 | 1 |
| 18 U.S.C. § 1959(a)(5) | Conspiracy to Commit Kidnapping and Murder of S.A.A.T, in Aid of Racketeering Activity | 09/2016 | 2 |
| 18 U.S.C. § 1201(c) | Conspiracy to Kidnap E.E.E.M. | 08/2016 | 3 |
| 18 U.S.C. § 1201(c) | Conspiracy to Kidnap S.A.A.T. | 09/2016 | 4 |
| 18 U.S.C. §§ 1959(a)(1) and 2 | Murder of E.E.E.M. in Aid of Racketeering Activity | 8/28/2016 | 5 |
| 18 U.S.C. §§ 1959(a)(1) and 2 | Murder of S.A.A.T. in Aid of Racketeering Activity | 09/26/2016 | 6 |
| 18 U.S.C. §§ 1201(a)(1) and 2 | Kidnapping of E.E.E.M. Resulting in Death | 08/28/2016 | 7 |
| 18 U.S.C. §§ 1201(a)(1) and 2 | Kidnapping of S.A. A.T. Resulting in Death | 09/26/2016 | 8 |

The defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

/s/
**Rossie D. Alston, Jr.**
**United States District Judge**

November 2, 2022
Date of Imposition of Judgment

December 29, 2022
Date

Case 1:18-cr-00123-RDA Document 1367 Filed 02/13/23 Page 2 of 2 PageID# 15577
Case: 1:18-cr-00123, Document: 1324, Filed: 12-21-2022, Page 2 of 7

AO 245B (Rev. 09/19) (VAE 11/21) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Page 2 of 7

Case Number: 1:18CR00123-002
Defendant's Name: ZELAYA MARTINEZ, ELMER

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of LIFE.

This term consists of terms of ONE HUNDRED TWENTY (120) MONTHS on each of Counts 1 and 2, and LIFE IMPRISONMENT on each of Counts 3, 4, 5, 6, 7, and 8, to run concurrently with each other.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows: _____

Defendant delivered on _January 9th 2023_ to _USP Lewisburg_
at _Lewisburg, PA_ , with a certified copy of this Judgment.

E. Rickard  Acting Warden
~~UNITED STATES MARSHAL~~

By _____ (SO)
~~DEPUTY UNITED STATES MARSHAL~~